COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-276-CV

IN RE DAMIEN THIBOULT RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus, the State’s response, and the trial court’s October 16, 2009 order and is of the opinion that the petition should be dismissed as moot.
(footnote: 2)  Accordingly, relator’s petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL:  LIVINGSTON, J.; CAYCE, C.J.; and GARDNER, J.

DELIVERED:  October 22, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.

2:
To the extent relator asks for relief other than a ruling on the motion to compel, that relief is denied.